# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-2201
_____

JEFFREY JENNINGS,

Appellant,

v.

ROGERS BLUE JAYS BASEBALL
PARTNERSHIP and ACE
AMERICAN INSURANCE COMPANY,

Appellees.

_____

On appeal from an order of the Judge of Compensation Claims.
Stephen L. Rosen, Judge.

Date of Accident: June 22, 2016.

February 14, 2018

PER CURIAM.

AFFIRMED.

WOLF, OSTERHAUS, and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Michael J. Winer of Law Office of Michael J. Winer, P.A., Tampa, for Appellant.

Robert P. Byelick and Jennifer J. Kennedy of Abbey, Adams, Byelick & Mueller, LLP, St. Petersburg, for Appellees.